# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-11-00405-CR
NO. 03-11-00406-CR

**Chad Joseph Browne, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
NOS. CR22,792 & CR22,963, HONORABLE ED MAGRE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

A jury found appellant Chad Joseph Browne guilty of two counts of aggravated sexual assault of a child in cause number CR22,792 and one count of indecency with a child by sexual contact in cause number CR22,963. *See* Tex. Penal Code Ann. §§ 21.11, 22.021 (West 2011). Browne elected to have the trial court assess punishment. Following a punishment hearing, the court assessed punishment at twenty-five years' imprisonment for each count of aggravated sexual assault and fifteen years' imprisonment for the count of indecency with a child by sexual contact, with the sentences to run concurrently.

In each cause, Browne's court-appointed attorney has filed a brief concluding that the appeal is frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*,

573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Browne received a copy of counsel's briefs and was advised of his right to examine the appellate records and to file a pro se brief. *See Anders*, 386 U.S. at 744. No pro se brief has been filed.

We have reviewed the records and counsel's briefs and agree that the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeals. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Counsel's motions to withdraw are granted.

The judgments of conviction are affirmed.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Affirmed

Filed:   June 8, 2012

Do Not Publish

2